TIMOTHY S. CORY, ESQ.
FEDERAL BANKRUPTCY TRUSTEE
Nevada Bar No. 1972
8831 W. Sahara Ave
Las Vegas, Nevada 89117
Telephone: (702) 388-1996
tim.cory@corylaw.us

RECEIVED & FILED

OCT 20 11 48 AM '11

U.S. B... ...CY C...
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  ) CHAPTER 7 BANKRUPTCY
        ) CASE NO.: BK-S-05-19571-BAM
        )
CLEMMENS, MICHAEL ARTHUR )
CLEMMENS, GARNET  ) **NOTICE OF UNCLAIMED FUNDS**
        )
        Debtor(s).  ) DATE: N/A
        ) TIME: N/A

TO:     CLERK, UNITED STATES BANKRUPTCY COURT

FROM:   TIMOTHY S. CORY, TRUSTEE

Pursuant to Rules 3010 and 3011 of the Bankruptcy Rules, the unclaimed funds shown on the attached Exhibit A, in the total amount of $1,360.68 are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

DATE: October 19, 2011

TIMOTHY S. CORY, TRUSTEE

NOTE: Claims that are $25.00 or less go into CAS 10600. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on check only.

#204834    $1360.68

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 16 | HSBC<br>1441 Schilling Place<br>Salinas, CA 93901 | | $1,360.68 |

Total:  $1,360.68

EXHIBIT A